1 LARISSA BALAIAN, PhD
8148 Avenida Navidad # 31,
2 San Diego, CA 92122
(858) 775-6202
3       Pro Se

FILED

2006 SEP - 1  AM 10: 27

CLERK US ...........
SOUTHERN DISTRICT OF CALIF......

BY_____R.J.___DEPUTY

4

5

6                 UNITED STATES DISTRICT COURT

7               SOUTHERN DISTRICT OF CALIFORNIA

8 LARISSA BALAIAN,                   Case No.06cv1551 LAB (AJB)
       Plaintiff,
9    v.

10 ALBERTO R.GONZALES, United States        VOLUNTARY DISMISSAL OF COMPLAINT
Attorney General; et al.,
11        Defendant

12

13     On August 2, 2006, Plaintiff filed a petition for a hearing on her naturalization application,

14 pursuant to 8 U.S.C. § 1447(b). On August 30 2006, Defendants notified Plaintiff that they are

15 prepared to approve her application, but can not do so until the instant complaint is withdrawn.

16 Accordingly, Plaintiff hereby asks for voluntarily dismissal of her complaint without prejudice.

17

18 Dated: August 31 , 2006               Respectfully submitted,

19

20                           LARISSA BALAIAN

21                           Pro Se

22

23

24                  **IT IS SO ORDERED**
                 **DATED** _____9-1-06_

25                  LARRY ALAN BURNS
                 UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

LARISSA BALAIAN,
            Plaintiff,

            v.

ALBERTO R.GONZALES, United States
Attorney General; et al.,
            Defendant

Case No.06cv1551 LAB (AJB)


CERTIFICATE OF SERVICE


        IT IS HEREBY CERTIFIED that:

    .   A copy of the foregoing voluntary dismissal of the complaint was on this date served upon

counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to

```
        Melanie L. Shender
        US Attorney's Office
        880 Front Street, room 6293
        San Diego, CA 92101
```

    Dated: August 3/ , 2006                 Respectfully submitted,


                                            LARISSA BALAIAN

                                            Pro Se